IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSIE GRIJALVA JUAREZ,

    Plaintiff,                      No. 2:11-cv-00748 KJN

    v.

COMMISSIONER OF SSA,

    Defendant.                  <u>ORDER</u>

        Although the Commissioner has consented to the jurisdiction of the magistrate judge in this action (Dkt. No. 7), plaintiff has not filed the form indicating whether plaintiff consents to or declines the jurisdiction of the magistrate judge.  IT IS HEREBY ORDERED that within 45 days of the date of this order, plaintiff shall file notice with the court, preferably on the form that accompanied the Scheduling Order in this case (<u>see</u> Dkt. No. 5, Doc. No. 5-2), whether plaintiff consents to or declines the jurisdiction of the magistrate judge.

        IT IS SO ORDERED.

DATED: August 10, 2011

                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE