BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**ROSIE GRIJALVA JUAREZ**

**Plaintiff,**

**v.**

**MICHAEL J. ASTRUE**
**Commissioner of Social Security of the United States of America,**

**Defendant.**

**Case No. 11-CIV-0748 KJN**

**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION**

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from August 29, 2011, to October19, 2011. This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule and need to prioritize older cases.

/ / / /

/ / / /

/ / / /

Dated: August 29, 2011

*/s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: August 29, 2011

Benjamin B. Wagner

United States Attorney

/s/ David Lerch
DAVID LERCH
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

The stipulation of the parties is HEREBY APPROVED.[1] Plaintiff shall have until October 19, 2011, to file a motion for summary judgment. The court's scheduling order is modified accordingly.

IT IS SO ORDERED.

DATED: September 1, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

[1] The undersigned notes that plaintiff, who is represented by an attorney who appears regularly before the undersigned and all too regularly seeks extensions of time based on her "impacted briefing schedule," filed this stipulation and proposed order on the day that plaintiff was required to file a motion for summary judgment. Plaintiff's counsel is again admonished that, pursuant to Local Rule 144(d), "[c]ounsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent," and that requests for court-approved extensions brought on or after the required filing date "are looked upon with disfavor." The undersigned also notes that plaintiff's counsel appears to be falling behind in her cases again—plaintiff's counsel filed four requests for extensions in four separate cases between August 26, 2011, and August 29, 2011. (See Pacheco v. Astrue, No. 2:10-cv-1733 KJN (E.D. Cal.); Carson v. Astrue, No. 2:11-cv-0632 KJN (E.D. Cal.); Feltis v. Astrue, No. 2:11-cv-0723 KJN (E.D. Cal.); Juarez v. Astrue, No. 2:10-cv-0748 KJN (E.D. Cal.).)