1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8
                                    IN THE UNITED STATES DISTRICT COURT
9
                                      EASTERN DISTRICT OF CALIFORNIA
10

11 **ROSIE GRIJALVA JUAREZ**        )    Case No. 11-CIV-0748 KJN
                                    )
12                                  )
                                    )
13                                  )
                                    )    **STIPULATION AND** ~~PROPOSED~~
14                                  )    **ORDER EXTENDING PLAINTIFF'S**
           **Plaintiff,**           )    **TIME TO FILE SUMMARY**
15                                  )    **JUDGEMENT MOTION**
   v.                               )
16                                  )
   **MICHAEL J. ASTRUE**            )
17 **Commissioner of Social Security** )
   **of the United States of America,** )
18                                  )
           **Defendant.**           )
19                                  )
   _____    )
20

21         IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

22 Plaintiff's time to file his summary judgment is hereby extended from August 29, 2011, to October19,

23 2011.  This is Plaintiff's first extension and is required due to Plaintiff's counsel's  impacted briefing

24 schedule and need to prioritize older cases.

25

26 / / / /

27 / / / /

28 / / / /

                                                       1

| | |
|---|---|
| Dated: August 29, 2011 | /s/Bess M. Brewer |
| | BESS M. BREWER |
| | Attorney at Law |
| | |
| | Attorney for Plaintiff |

| | |
|---|---|
| Dated: August 29, 2011 | Benjamin B. Wagner |
| | United States Attorney |
| | |
| | /s/ David Lerch |
| | DAVID LERCH |
| | Special Assistant United States Attorney |
| | Attorneys for Defendant |

**ORDER**

The stipulation of the parties is HEREBY APPROVED.[1]  Plaintiff shall have until October 19, 2011, to file a motion for summary judgment.  The court's scheduling order is modified accordingly.

IT IS SO ORDERED.

DATED: September 1, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The undersigned notes that plaintiff, who is represented by an attorney who appears regularly before the undersigned and all too regularly seeks extensions of time based on her "impacted briefing schedule," filed this stipulation and proposed order on the day that plaintiff was required to file a motion for summary judgment.  Plaintiff's counsel is again admonished that, pursuant to Local Rule 144(d), "[c]ounsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent," and that requests for court-approved extensions brought on or after the required filing date "are looked upon with disfavor." The undersigned also notes that plaintiff's counsel appears to be falling behind in her cases again—plaintiff's counsel filed four requests for extensions in four separate cases between August 26, 2011, and August 29, 2011. (See Pacheco v. Astrue, No. 2:10-cv-1733 KJN (E.D. Cal.); Carson v. Astrue, No. 2:11-cv-0632 KJN (E.D. Cal.); Feltis v. Astrue, No. 2:11-cv-0723 KJN (E.D. Cal.); Juarez v. Astrue, No. 2:10-cv-0748 KJN (E.D. Cal.).)