```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DONNA L. CALVERT, IL SBN 6191786
    Acting Regional Chief Counsel, Region IX
 3  Social Security Administration
    DAVID W. LERCH, CA SBN 229411
 4  Special Assistant United States Attorney
         333 Market Street, Suite 1500
 5       San Francisco, California 94105
         Telephone:  (415) 977-8936
 6       Facsimile:  (415) 744-0134
         E-Mail: David.Lerch@ssa.gov
 7
    Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| ROSIE GRIJALVA JUAREZ ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 2:11-cv-748-KJN <br><br> STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment.

Counsel for Defendant respectfully requests an extension of time due to his workload, which includes other district court briefs, as well as substantive non-litigation matters.

The current due date is December 21, 2011.  The new due date will be January 20, 2012.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                              Respectfully submitted,

Dated: December 16, 2011        /s/*Bess Brewer*
                                        (As authorized via email)
                                        Bess Brewer
                                        Attorney for Plaintiff

Dated: December 19, 2011        BENJAMIN B. WAGNER
                                        United States Attorney
                                        DONNA L. CALVERT
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        /s/ *David Lerch*
                                        DAVID LERCH
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

                                                <u>ORDER</u>

      APPROVED AND SO ORDERED.

DATED: December 19, 2011

                                      _____
                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE