| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | DONNA L. CALVERT, IL SBN 6191786<br>Acting Regional Chief Counsel, Region IX |
| 3 | Social Security Administration<br>DAVID W. LERCH, CA SBN 229411 |
| 4 | Special Assistant United States Attorney |

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone:  (415) 977-8936
Facsimile:  (415) 744-0134
E-Mail: David.Lerch@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| ROSIE GRIJALVA JUAREZ          ) | CIVIL NO. 2:11-cv-748-KJN |
| Plaintiff,          ) | |
|            ) | |
| v.          ) | STIPULATION AND ~~PROPOSED~~ ORDER |
|            ) | TO EXTEND TIME TO FILE |
| MICHAEL J. ASTRUE,          ) | DEFENDANT'S CROSS-MOTION FOR |
| Commissioner of          ) | SUMMARY JUDGMENT |
| Social Security,          ) | |
|            ) | |
| Defendant.          ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment.

Counsel for Defendant respectfully requests an extension of time due to his workload, which includes other district court briefs, as well as substantive non-litigation matters.

The current due date is December 21, 2011.  The new due date will be January 20, 2012.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

```
                              Respectfully submitted,

Dated: December 16, 2011      /s/Bess Brewer
                              (As authorized via email)
                              Bess Brewer
                              Attorney for Plaintiff

Dated: December 19, 2011      BENJAMIN B. WAGNER
                              United States Attorney
                              DONNA L. CALVERT
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration


                              /s/ David Lerch
                              DAVID LERCH
                              Special Assistant U.S. Attorney

                              Attorneys for Defendant
```

## ORDER

APPROVED AND SO ORDERED.

DATED:  December 19, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE