1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT, IL SBN 6191786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   DAVID LERCH, CSBN 229411
4  Special Assistant United States Attorney
        160 Spear Street, Suite 800
5       San Francisco, California 94105
        Telephone: (415) 977-8936
6       Facsimile: (415) 744-0134
        E-Mail: David.Lerch@ssa.gov
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT,
9
                    EASTERN DISTRICT OF CALIFORNIA
10
                         SACRAMENTO DIVISION
11

12  ROSIE GRIJALVA JUAREZ,            )   CASE NO. 2:11-cv-00748-KJN
                                      )
13                   Plaintiff,       )   **STIPULATION AND ORDER SETTLING**
                                      )   **ATTORNEY'S FEES PURSUANT TO THE**
14  vs.                              )   **EQUAL ACCESS TO JUSTICE ACT, 28**
                                      )   **U.S.C. § 2412(d)**
15  MICHAEL J. ASTRUE,                )
    Commissioner of Social Security,  )
16                                    )
                     Defendant.       )
17  _____ )

18       IT IS HEREBY STIPULATED by and between the parties through their undersigned

19  counsel, subject to the approval of the Court, that Plaintiff be awarded attorney's fees under the

20  Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR THOUSAND

21  SEVEN HUNDRED FIFTY DOLLARS AND NO CENTS ($4,750).  This amount represents

22  compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with

23  this civil action, in accordance with 28 U.S.C. § 2412(d).

24       After the Court issues an order for EAJA fees to Plaintiff, the government will consider

25  the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Pursuant to *Astrue v.*

26  *Ratliff*, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the

27  fees are subject to any offset allowed under the United States Department of the Treasury's

28  Offset Program.  After the order for EAJA fees is entered, the government will determine

1    whether they are subject to any offset.

2            Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines

3    that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to

4    be made directly to Bess Brewer, pursuant to the assignment executed by Plaintiff.  Any

5    payments made shall be delivered to Plaintiff's counsel.

6            This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

7    attorney fees, expenses and costs, and does not constitute an admission of liability on the part of

8    Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release

9    from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to

10   EAJA attorney fees and expenses and costs in connection with this action.

11           This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security

12   Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

13

14                                        Respectfully submitted,

15

16   Dated: January 3, 2013              */s/Bess M. Brewer*
                                         Bess M. Brewer,
17                                       Attorney for Plaintiff
                                         [as authorized by email]
18

19   Dated: January 6, 2013              BENJAMIN B. WAGNER
                                         United States Attorney
20                                       DONNA L. CALVERT
                                         Acting Regional Chief Counsel, Region IX
21                                       Social Security Administration

22
                                  By:    */s/David Lerch*
23                                       DAVID LERCH
                                         Special Assistant U.S. Attorney
24
                                         Attorneys for Defendant
25

26

27

28

1

**ORDER**

2          APPROVED AND SO ORDERED:

3     DATED:  January 7, 2013

4

5                                                    _____
                                                     KENDALL J. NEWMAN
6                                                    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. and Order Settling Attorney's Fees Pursuant to EAJA, 28 U.S.C. § 2412(d)